**Electronically Filed
Supreme Court
SCAD-11-0000162
21-NOV-2011
03:04 PM**

SCAD-11-0000162

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

EARLE A. PARTINGTON, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-079-8913)

ORDER SUSPENDING IMPOSITION OF DISCIPLINE
(By:  Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ.,
and Intermediate Court of Appeals Chief Judge Nakamura,
in place of Acoba, J., recused)

Upon consideration of the Supplement to Motion for Reconsideration of Order Filed November 9, 2011, and for Stay of All Proceedings, Filed November 18, 2011, by Respondent Earle A. Partington and the evidence therein, particularly the order of the United States District Court for the District of Columbia temporarily suspending the imposition of discipline by the United States Department of the Navy's Judge Advocate General,

IT IS HEREBY ORDERED that the 30-day period of disciplinary suspension imposed upon Respondent Partington by the Supreme Court is suspended until December 3, 2011.  Duties required by Respondent Partington pursuant to the Rules of the

Supreme Court of the State of Hawaiʻi Rule 2.16(c) are therefore also suspended until December 3, 2011.

DATED:  Honolulu, Hawaiʻi, November 21, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.



/s/ Sabrina S. McKenna

/s/ Craig H. Nakamura